■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HARRIS.— Motion to dismiss appeal denied. Motion for leave to reargue granted and upon reargument motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court. Anthony F. Marra, Esq., of 100 Centre Street, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK BRIGANTI.— Motion to dismiss appeal denied. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

## (December 21, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH GAYNOR.— Motion for leave to appeal as a poor person denied. (See People v. Sheehan, 4 A D 2d 143.) Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MILTON LEVINE v. HENRY J. NOBLE, as Warden of the New York City Penitentiary, Rikers Island. — Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HOWELL.— Motion for leave to appeal as a poor person from the denial of coram nobis relief by the Bronx County Court is denied. The matters sought to be reviewed have previously been reviewed by this court on direct appeal from the judgment of conviction (People v. Howell, 3 A D 2d 153, affd. 3 N Y 2d 672). Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.